It Is Ordered That:

(1) The motions to dismiss are granted.

(2) Each side shall bear its own costs.

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

**SERVICE WOMEN'S ACTION NET-WORK and Vietnam Veterans of America, Petitioners,**

v.

**SECRETARY OF VETERANS AFFAIRS, Respondent.**

No. 2014–7079.

United States Court of Appeals, Federal Circuit.

July 29, 2014.

Michael Joel Wishnie, Yale Law School, New Haven, CT, for Petitioners.

Allison Kidd–Miller, Department of Justice, Martie Adelman, Attorney, David J. Barrans, Deputy Assistant General Counsel, Department of Veterans Affairs Office of General Counsel, Washington, DC, for Respondent.

**ON MOTION**

**ORDER**

Upon consideration of petitioners' unopposed motion to withdraw their petition for review,

It Is Ordered That:

**Tariq BELT, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2014–5114.

United States Court of Appeals, Federal Circuit.

July 30, 2014.

Tariq Belt, Loretto, PA, pro se.

Christopher Andrew Bowen, Trial Attorney, Department of Justice, Commercial Litigation Branch, Civil Division, Washington, DC, for Defendant–Appellee.

**ORDER**

PER CURIAM.

The court directs Tariq Belt to show cause why his appeal should not be dismissed for lack of jurisdiction.

The order of the Court of Federal Claims that Mr. Belt has appealed returned his complaint but granted leave to file a complaint that conformed to the court's rules. Ordinarily, this court is authorized to review only a "final decision of the United States Court of Federal